✓ #695456   # 128822

FILED
2010 SEP -2 PM 3:02
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:          *          CASE # 07-32141 W
                     CHAPTER 13
         *

Kitzmiller, Beth Ann
Debtor          *

## TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

The Trustee mailed to the creditor listed below their last disbursement check, and that check is now stale dated and the case is scheduled to close as completed.

The balances of funds for the creditor in the amount of $3.11 are sufficient to pay the claim on the percentages the creditor would have received under the plan.

| **Check #** | **Payee** | **Amount** | **Date Issued** |
|---|---|---|---|
| 660831 | Dominion East Ohio Gas<br>Attn: System Credit – 18th Floor<br>P O Box 26666<br>Richmond, VA  23261 | 3.11 | 4/30/10 |

Your trustee's check #695456 in the amount of $3.11 payable to the clerk of the United States Bankruptcy Court is attached to this report.

Date: 08/26/10

                                     John P. Gustafson
                                     Trustee in Bankruptcy